IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   DEAN O. PARAS | : | Bankruptcy No. 12-20036-TPA |
| MELISSA A. PARAS | : | |
| fka MELISSA A. MCNAMARA | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| MELISSA A. PARAS | : | |
| Movant | : | Related to Document No. 78 |
| v. | : | |
| | : | |
| BURNS WHITE LLC | : | |
| Respondent | : | |
| WO-2 SSN: XXX-XX-1820 | : | |

ORDER OF COURT

    IT IS ORDERED that no deductions be made from payments due to debtor (s) by BURNS WHITE LLC until further order of this Court.

Dated: February 9, 2017

_____   vas
THOMAS P. AGRESTI
U.S. BANKRUPTCY JUDGE

cc: Debtor (s)
    MICHAEL C. EISEN, ESQ.    , Attorney for the debtor(s)
    RONDA J. WINNECOUR PA ID#30399    , Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dean O. Paras  
Melissa A. Paras  
    Debtors

Case No. 12-20036-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Feb 09, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.  
db/jdb         +Dean O. Paras,    Melissa A. Paras,    4144 Rockwood Road,    Pittsburgh, PA 15227-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com  
         Michael C. Eisen    on behalf of Joint Debtor Melissa A. Paras attorneyeisen@yahoo.com, aarin96@hotmail.com  
         Michael C. Eisen    on behalf of Plaintiff Melissa A. Paras attorneyeisen@yahoo.com, aarin96@hotmail.com  
         Michael C. Eisen    on behalf of Debtor Dean O. Paras attorneyeisen@yahoo.com,  aarin96@hotmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                         TOTAL: 9