**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DEAN O. PARAS
MELISSA A. PARAS
        Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
        Movant
       vs.
No Repondents.

Case No.:12-20036 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 21, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 01/05/2012 and confirmed on 3/13/12 . The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,145.69 |
| Less Refunds to Debtor | 704.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 121,441.38 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,381.00 | |
|    Trustee Fee | 4,302.36 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,683.36 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 60,726.52 | 0.00 | 60,726.52 |
|     Acct: 1822 | | | | |
|   BOROUGH OF BRENTWOOD - SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S073 | | | | |
|   KAY JEWELERS | 179.61 | 179.61 | 0.00 | 179.61 |
|     Acct: 1315 | | | | |
|   ECAST SETTLEMENT CORP** | 199.99 | 199.99 | 0.00 | 199.99 |
|     Acct: 9113 | | | | |
|   BRENTWOOD BOROUGH** | 635.15 | 635.15 | 0.00 | 635.15 |
|     Acct: 0092 | | | | |
|   JPMORGAN CHASE BANK NA | 6,060.70 | 6,060.70 | 1,033.24 | 7,093.94 |
|     Acct: 1249 | | | | |
|   SANTANDER CONSUMER SCCSR ROAD | 4,000.00 | 4,000.00 | 445.82 | 4,445.82 |
|     Acct: 2140 | | | | |
|   GREEN TREE CONSUMER DISC CO | 0.00 | 8,624.07 | 0.00 | 8,624.07 |
|     Acct: 5478 | | | | |
|   GREEN TREE CONSUMER DISC CO | 273.78 | 273.78 | 0.00 | 273.78 |
|     Acct: 5478 | | | | |
|   GREEN TREE SERVICING LLC | 1,973.92 | 1,973.92 | 0.00 | 1,973.92 |
|     Acct: 1822 | | | | |
|   ALLEGHENY VALLEY BANK* | 6,162.24 | 6,162.24 | 808.26 | 6,970.50 |
|     Acct: 7732 | | | | |
|   PNC BANK NA | 12,874.43 | 12,874.43 | 3,165.49 | 16,039.92 |
|     Acct: 5965 | | | | |
| | | | | 107,163.22 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEAN O. PARAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEAN O. PARAS | 704.31 | 704.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN & ASSOCIATES PC | 2,381.00 | 2,381.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXX4-08 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 07 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX, 06 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 1,295.74 | 240.63 | 0.00 | 240.63 |
| Acct: 5006 | | | | |
| ADVANTAGE CREDIT COUNSELING SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0944 | | | | |
| QUANTUM3 GROUP LLC - AGNT FORTIS | 860.79 | 159.86 | 0.00 | 159.86 |
| Acct: 6595 | | | | |
| LANDMARK ASSET RECEIVABLES MGT L | 12,414.64 | 2,305.52 | 0.00 | 2,305.52 |
| Acct: 1215 | | | | |
| ECAST SETTLEMENT CORP** | 1,092.44 | 202.88 | 0.00 | 202.88 |
| Acct: 9113 | | | | |
| OAK HARBOR CAPITAL IV LLC | 4,654.37 | 864.36 | 0.00 | 864.36 |
| Acct: 4268 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 755.46 | 140.30 | 0.00 | 140.30 |
| Acct: 5845 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX6566 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9901 | | | | |
| EQUITABLE GAS CO (*) | 1,441.68 | 267.73 | 0.00 | 267.73 |
| Acct: 0194 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 866.39 | 160.90 | 0.00 | 160.90 |
| Acct: 8828 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 978.31 | 181.68 | 0.00 | 181.68 |
| Acct: 5841 | | | | |
| PREMIER BANKCARD/CHARTER | 437.19 | 81.19 | 0.00 | 81.19 |
| Acct: 6802 | | | | |
| INSOLVE RECOVERY LLC BY AMERICAN | 2,603.14 | 483.43 | 0.00 | 483.43 |
| Acct: 6380 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,786.48 | 331.77 | 0.00 | 331.77 |
| Acct: 9692 | | | | |
| HSBC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 608 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: AYD4 | | | | |
| CAPITAL ONE NA** | 1,334.19 | 247.77 | 0.00 | 247.77 |
| Acct: 4825 | | | | |
| LHR INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4750 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 949.46 | 176.32 | 0.00 | 176.32 |
| Acct: 0242 | | | | |
| MAIN STREET ACQUISITION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0021 | | | | |
| PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0729 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5210 | | | | |
| RECEIVABLES PERFORMANCE MANAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2937 | | | | |
| SUNOCO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2298 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 7381 | 118.50 | 22.01 | 0.00 | 22.01 |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 4895 | 1,483.25 | 275.45 | 0.00 | 275.45 |
| VERIZON/SCCR GTE/AFNI**++<br>Acct: XXX3137 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: 2078 | 571.10 | 106.06 | 0.00 | 106.06 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: 2061 | 256.27 | 47.59 | 0.00 | 47.59 |
| CREDIT COLLECTIONS USA<br>Acct: XXX2353 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 9626 | 180.36 | 33.49 | 0.00 | 33.49 |
| PALISADES ACQUISITION IX LLC<br>Acct: 6699 | 694.71 | 129.01 | 0.00 | 129.01 |
| SANTANDER CONSUMER SCCSR ROAD<br>Acct: 2140 | 5,330.41 | 989.91 | 0.00 | 989.91 |
| ASSET ACCEPTANCE CORP<br>Acct: 7384 | 791.23 | 146.94 | 0.00 | 146.94 |
| MIDLAND FUNDING LLC BY AMERICAN IN<br>Acct: 1929 | 427.41 | 0.00 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 7,594.80 |

TOTAL PAID TO CREDITORS                                                                    114,758.02

```
TOTAL
 CLAIMED           0.00
 PRIORITY     32,359.82
 SECURED      41,323.52
```

Date: 04/21/2017                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    DEAN O. PARAS<br>    MELISSA A. PARAS<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:12-20036 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                       BY THE COURT:

                                                       _____
                                                       U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-20036-TPA
Dean O. Paras                                                             Chapter 13
Melissa A. Paras
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: vson               Page 1 of 3          Date Rcvd: Apr 24, 2017
                              Form ID: pdf900         Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db          +Dean O. Paras,    4144 Rockwood Road,    Pittsburgh, PA 15227-2629
jdb        #+Melissa A. Paras,    4144 Rockwood Road,    Pittsburgh, PA 15227-2629
cr          +Borough of Brentwood,    c/o Thomas H. Ayoob III & Associates, LL,    710 Fifth Avenye,
              Suite 2000,    Pittsburgh, PA  15219
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    TEMPE, AZ 85283-4573
13268480    +Advantage Credit Counseling Service,    River Park Commons,    2403 Sidney Street, Ste 400,
              Pittsburgh, PA 15203-2181
13268481    +Allegheny Valley Bank,    5137 Butler Street,    Pittsburgh, PA 15201-2699
13285380    +Aspire VISA,    c/o Asset Recovery Solutions LLC,    2200 E. Devon Ave, Ste 200,
              Des Plaines, IL 60018-4501
13268482    +BAC Home Loans Servicing LP,    Customer Service,    PO Box 5170,    Simi Valley, CA 93062-5170
13285671    +BENEFICIAL CONSUMER DISCOUNT COMPANY,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
13344837     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13268483    +Beneficial,    Customer Service,    PO Box 3425,    Buffalo, NY 14240-3425
13285381    +Berkheimer Tax Administrator,    PO Box 995,    50 North Seventh Street,    Bangor, PA 18013-1731
13268484    +Best Buy,    Retail Services,    PO Box 5893,    Carol Stream, IL 60197-5893
13285382    +Borough of Brentwood,    3624 Brownsville Road,    Pittsburgh, PA 15227-3153
13268499    +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13268485    +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13268487    +Citgo Plus Card,    PO Box 6401,    Sioux Falls, SD 57117-6401
13285383    +Comcast,    c/o RUI Credit Services,    PO Box 1349,    Melville, NY 11747-0421
13292210    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
13268490    +Equitable Gas,    Attn: Judy Gawlowski,    225 North Shore Drive, 2nd Floor,
              Pittsburgh, PA 15212-5860
13268491    +Exxon Mobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
13268492    +First Bank of Delaware/Simply,    1000 Rock Run Parkway,    Wilmington, DE 19803-1455
13268493    +First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
13268497     HSBC Bank Nevada,    c/o Midland Credit Management,    8875 Aero Drive, Ste 200,
              Los Angeles, CA 90060
13285384    +HSBC Consumer Lending,    c/o Malcom S. Gerald & Associates Inc.,
              332 South Michigan Ave, Ste 600,    Chicago, IL 60604-4318
13287062    +JP Morgan Chase Bank N.A.,    Chase Auto Finance,    201 N. Central Ave, AZ1-1191,
              Phoenix, AZ 85004-1071
13277623    +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
13268498    +Keystone Rehab Systems,    c/o Collection Service Center,    PO Box 68,    Altoona, PA 16603-0068
13268500    +LHR Inc.,    56 Main Street,    Hamburg, NY 14075-4905
13978524    +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    Recovery  Dept - T120,
              Tempe, AZ 85283-4573
13268501    +Macy's,    PO Box 8066,    Mason, OH 45040-8066
13268502    +Main Street Acquisition,    PO Box 9201,    Old Bethpage, NY 11804-9001
13274302    +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13296001    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13268504    +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13285385    +Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Road, 3rd Floor,    San Diego, CA 92123-4363
13268503    +Peter J. Ashcroft, Esq.,    Bernstein Law Firm,    Ste 2200, Gulf Tower,    707 Grant Street,
              Pittsburgh, PA 15219-1900
13330543     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13268505    +Santander Consumer USA,    Attn: Bankruptcy Dept,    PO Box 560284,    Dallas, TX 75356-0284
13268506    +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
13268507     Sprint,    c/o Receivables Performance,    1930 220 Street, Ste 101,    Lynnwood, WA 98036
13268508    +Sterling Jewelers,    PO Box 1799,    Akron, OH 44309-1799
13268509    +Sunoco, Inc.,    PO Box 6407,    Sioux Falls, SD 57117-6407
13285386    +Thomas H. Ayoob, III, Esq.,    Thomas H. Ayoob, III & Associates,    710 Fifth Ave,
              Pittsburgh, PA 15219-3004
13400702    +Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
13268514    +Verizon,    c/o Afni, Inc.,    PO Box 3097,    Bloomington, IL 61702-3097
13268513    +Verizon,    PO Box 660748,    Dallas, TX 75266-0748
13268516    +Verizon Pennsylvania,    500 Technology Drive,    Saint Charles, MO 63304-2225
13268517    +West Mifflin Imaging Assoc.,    c/o Credit Collections Co.,    509 Monongahela Building,
              Morgantown, WV 26505-5726
13853240     eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:13     Capital One, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Apr 25 2017 02:03:43     Ditech Financial LLC,
              PO Box 0049,    Palatine, IL 60055-0001
cr          +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:13     HSBC Bank Nevada, N.A.,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
```

```
District/off: 0315-2           User: vson                   Page 2 of 3                   Date Rcvd: Apr 24, 2017
                               Form ID: pdf900              Total Noticed: 82

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 02:11:00
                 Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 02:00:44
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:12      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13273181        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 02:11:00
                 American InfoSource LP as agent for T Mobile/T-Mob,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13376548       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 25 2017 02:04:23      Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
13268489        E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 25 2017 02:06:03       Duquesne Light,
                 Customer Care Department,    411 Seventh Ave, MD 6-1,    Pittsburgh, PA 15230
13402395       +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:12      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson AZ 85712-1083
13268486       +E-mail/Text: bk.notifications@jpmchase.com Apr 25 2017 02:03:48       Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
13268488       +E-mail/Text: notices@burt-law.com Apr 25 2017 02:05:56      Citibank (South Daktota) N.A.,
                 c/o Law Offices of Burton Neil & Assoc.,    1060 Andrew Drive, Ste 170,
                 West Chester, PA 19380-5601
13341604       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 25 2017 02:06:03       Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13268494       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:25       GE Capital Retail Bank,
                 Attn: Bankruptcy Dept,    PO Box 103106,    Roswell, GA 30076-9106
13333185        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:23       GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13268495        E-mail/Text: bankruptcy.bnc@ditech.com Apr 25 2017 02:03:43      Green Tree CDC,    PO Box 6154,
                 Rapid City SD 57709-6154
13648471        E-mail/Text: bankruptcy.bnc@ditech.com Apr 25 2017 02:03:43      Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13268496       +E-mail/Text: paparalegals@pandf.us Apr 25 2017 02:06:12      Gregg L. Morris, Esq.,
                 213 E. Mai Street,    Carnegie, PA 15106-2701
13363043       +E-mail/Text: bnc@bass-associates.com Apr 25 2017 02:03:12      HSBC Bank Nevada, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13428843        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 02:11:00
                 InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK   73126-9093
13625040        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 02:11:00      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457
13320256       +E-mail/Text: bncmail@w-legal.com Apr 25 2017 02:05:00      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13359578        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:10:36
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13308084        E-mail/Text: ebn@vativrecovery.com Apr 25 2017 02:03:43      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13298115       +E-mail/Text: csidl@sbcglobal.net Apr 25 2017 02:05:26      Premier Bankcard/Charter,    POB 2208,
                 Vacaville, CA 95696-8208
13296976        E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2017 02:03:58
                 Quantum3 Group LLC as agent for,    Fortis Capital II LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13274536        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2017 02:00:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13268510       +E-mail/Text: bsimmons@amsher.com Apr 25 2017 02:05:30       T-Mobile,
                 c/o Amsher Collection Services,    600 Beacon Parkway W, Ste 300,    Birmingham, AL 35209-3114
13268511       +E-mail/Text: bknotice@erccollections.com Apr 25 2017 02:04:41       T-Mobile,
                 c/o Enhanced Recovery Company,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13268512       +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 25 2017 02:05:21       The CBE Group, Inc.,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
13268515       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2017 02:04:30      Verizon,
                 c/o Midland Credit Management,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A.
cr              Duquesne Light Company
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL  60055-0049
cr*            InSolve Recovery, LLC by American InfoSource LP,    PO Box 269093,
                 Oklahoma City, OK   73126-9093
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2               User: vson                    Page 3 of 3                  Date Rcvd: Apr 24, 2017
                                   Form ID: pdf900               Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Bank Of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Plaintiff Melissa A. Paras attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Michael C. Eisen    on behalf of Debtor Dean O. Paras attorneyeisen@yahoo.com,   aarin96@hotmail.com
              Michael C. Eisen    on behalf of Joint Debtor Melissa A. Paras attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```