**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-20036-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Dean O. Paras
4144 Rockwood Road
Pittsburgh PA 15227

Melissa A. Paras
4144 Rockwood Road
Pittsburgh PA 15227

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/25/2017.

Name and Address of Alleged Transferor(s):

Claim No. 24: Green Tree Servicing LLC, PO Box 0049, Palatine, IL 60055-0049

Name and Address of Transferee:

Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/28/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-20036-TPA
Dean O. Paras                                                       Chapter 13
Melissa A. Paras
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: mgut            Page 1 of 1            Date Rcvd: Apr 26, 2017
                             Form ID: trc          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13648471         E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:10:59      Green Tree Servicing LLC,
         PO Box 0049,   Palatine, IL 60055-0049
                                                                               TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
```
         Andrew F Gornall    on behalf of Creditor   Bank Of America, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
         Michael C. Eisen    on behalf of Joint Debtor Melissa A. Paras attorneyeisen@yahoo.com,
          aarin96@hotmail.com
         Michael C. Eisen    on behalf of Plaintiff Melissa A. Paras attorneyeisen@yahoo.com,
          aarin96@hotmail.com
         Michael C. Eisen    on behalf of Debtor Dean O. Paras attorneyeisen@yahoo.com,   aarin96@hotmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                               TOTAL: 9
```