**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dean O. Paras |
| Debtor 2 (Spouse, if filing) | Melissa A. Paras    fka Melissa A. McNamara |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 12-20036-TPA |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Ditech Financial LLC f/k/a Green Tree Servicing LLC

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 7 8

**Property address:** 4144 Rockwood Drive
Number    Street

Pittsburgh    PA    15227
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  05 / 01 / 2017
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

Debtor 1   **Dean O. Paras**
           First Name   Middle Name   Last Name

Case number (*if known*) 12-20036-TPA

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Evan S. Singer
Signature

Date  05 / 04 / 2017

Print   **Evan        S.         Singer**
        First Name   Middle Name   Last Name

Title   Authorized Agent

Company   Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   6267 Old Water Oak Road, Suite 203
          Number       Street

          Tallahassee              FL      32312
          City                     State   ZIP Code

Contact phone  ( 850 ) 422 – 2520

Email  bkcrm@padgettlaw.net

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this   4th   day of May 2017, a true and correct copy of the foregoing *Response to Notice of Final Cure* was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Dean O. Paras
4144 Rockwood Road
Pittsburgh, PA 15227

Joint Debtor
Melissa A. Paras
4144 Rockwood Road
Pittsburgh, PA 15227
fka Melissa A. McNamara

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Attorney for Debtor
Michael C. Eisen
M. Eisen and Associates PC
6200 Babcock Boulevard
Pittsburgh, PA 15237

                                                                /s/ Evan S. Singer, Esq.

                                                                Evan S. Singer, Esq.

# Delaware

PAGE 1

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,*

*"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.*

*2458190  8100M*

*151168309*

*You may verify this certificate online at corp.delaware.gov/authver.shtml*

Jeffrey W. Bullock, Secretary of State

*AUTHENTICATION: 2641973*

*DATE: 08-13-15*

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:35 PM 08/13/2015*
*FILED 01:35 PM 08/13/2015*
*SRV 151168309 - 2458190 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

>**DT Holdings LLC**, a Delaware limited liability company, and
>**Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

      **IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

                               **GREEN TREE SERVICING LLC**

                               By: _/s/ Wanda Lamb-Lindow_
                               Name: Wanda Lamb-Lindow
                               Title: Assistant Secretary

*[Certificate of Merger]*