IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Dean O. Paras | : | Bankruptcy No. 12-20036-TPA |
| Melissa A. Paras | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Dean O. Paras | : | |
| Melissa A. Paras | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtor Husband is required to pay Domestic Support Obligations and the Debtor Husband has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 20, 2012, at docket numbers 34 and 35, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 4, 2017         By:    /s/ Michael C. Eisen
                                          Michael C. Eisen, Esquire
                                          PA ID# 74523
                                          M. Eisen & Associates, P.C.
                                          6200 Babcock Blvd
                                          Pittsburgh, PA 15237
                                          412-367-9005
                                          attorneyeisen@yahoo.com

**PAWB Local Form 24 (07/13)**